UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL FILOZOF,

                              Plaintiff,

                                                              ORDER

                                                               04-CV-6545L

                            v.

MONROE COMMUNITY COLLEGE, et al.,

                              Defendants.
_____

      The Court is in receipt of a letter from plaintiff's counsel, dated October 8, 2008, which purports to supplement arguments made during the October 1, 2008 oral argument of the defendants' pending motion for summary judgment, and plaintiff's pending motion for declaratory and injunctive relief.  The Court has not requested the submission of supplementary materials, or granted leave to the parties to file post-argument briefs.  Accordingly, the Court will not consider plaintiff's October 8, 2008 correspondence in evaluating the pending motions.

      IT IS SO ORDERED.

                                                 _____
                                                      DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
       October 15, 2008.